Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00184-CV

**IN RE** Erica Ann **PEREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  April 4, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On March 26, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-PA-02809, *In the Interest A.A.R.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, relator's complaint is directed at the Honorable Cathy Stryker, presiding judge of the 224th Judicial District Court, Bexar County, Texas.